**UNITED STATES of America, Plaintiff–Appellee,**

**v.**

**Bulmaro CARAPIA–GARCIA, Defendant–Appellant.**

No. 07–14449

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 2, 2008.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Sheryl Joyce Lowenthal, Miami, FL, for Defendant–Appellant.

Before BLACK, PRYOR and COX, Circuit Judges.

PER CURIAM:

Sheryl J. Lowenthal, appointed counsel for Bulmaro Carapia–Garcia in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Carapia–Garcia's conviction and sentence are **AFFIRMED.**